## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ANTOINETTE SALAZAR,

    Plaintiff,

v.                                             Civ. No. 21-0256 KK

KILOLO KIJAKAZI,[1]
Acting Commissioner of the
Social Security Administration,

    Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Memorandum Opinion and Order (Doc. 30) granting Plaintiff's Motion to Reverse and Remand for Rehearing with Supporting Memorandum (Doc. 17), the Court hereby enters judgment in favor of Plaintiff Antoinette Salazar and REMANDS this matter to the Commissioner for further proceedings.

 

KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.